UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DEE SHOAF,<br>        Plaintiff<br>     v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>        Defendant. | Case No. 5:15-cv-938-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: December 23, 2015      _____
                              GAIL J. STANDISH
                              UNITED STATES MAGISTRATE JUDGE